```
DENNIS HALSEY, ESQ. SBN. 66091
Law Office of Dennis Halsey
9 Highland Circle
Chico, CA 95926
(530) 345-1976
Fax (530) 894-7783

Attorney for defendants
City of Gridley, Gridley
Police Department
and Brandon Wilson
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY ROSS BLAND AND FRANK JAMES WIGIERT,<br><br>              Plaintiffs,<br><br>vs.<br><br>CITY OF GRIDLEY., ET AL,<br>              Defendants.<br>_____/ | NO. 07:01786 LEW-CMK<br><br>STIPULATION FOR ORDER, AND ORDER, GRANTING LEAVE TO FILE AMENDMENT TO ANSWER IN ORDER TO ALLEGE ADDITIONAL AFFIRMATIVE DEFENSE |

    It is stipulated by all parties, by and through their respective attorneys, that defendants the City of Gridley, the Gridley Police Department, and Brandon Wilson may file an Amendment to their Answer to the Complaint as follows: "For an additional affirmative defense to the Complaint and to each claim in it, Defendants allege that the filing and the prosecution of criminal charges against Plaintiffs was done by a Deputy District Attorney from the Butte County District Attorney's Office who exercised independent prosecutorial judgment, and that

Stip for Order for Amend Answer

- 1 -

his exercise of his independent prosecutorial judgment was an independent, superceding cause of the criminal prosecution and of all injury and damages resulting from that prosecution"

Date: December 14, 2007                    /s/ Dennis Halsey
                                           Dennis Halsey, Esq.
                                           Attorney for defendants


Date: December 14, 2007                    /s/ Michael Trezza
                                           Michael Trezza, Esq.
                                           Attorney for plaintiffs


Date: December 14, 2007                    /s/ Roberto Marquez
                                           Roberto Marquez, Esq.
                                           Attorney for plaintiffs

ORDER GRANTING LEAVE TO FILE AMENDMENT TO ANSWER

The parties have stipulated that Defendants the City of Gridley, the Gridley Police Department, and Brandon Wilson may file an Amendment to Answer to Complaint alleging the following affirmative defense: "For an additional affirmative defense to the Complaint and to each claim in it, Defendants allege that the filing of and the prosecution of criminal charges against Plaintiffss was done by a Deputy District Attorney from the Butte County District Attorney's Office who exercised independent prosecutorial judgment, and that his exercise of his independent prosecutorial judgment was an independent, superceding cause of the criminal prosecution and of all injury and damages resulting from that prosecution"

Based on the Stipulation of the Parties, set out above, it is hereby Ordered that Defendants

1 may file an Amendment to Answer to Complaint alleging the Affirmative Defense set out on lines
2 seventeen to twenty-two, above.

4 Dated:   12/14/2007                                              /s/ Ronald S. W. Lew
5                                                                                  Ronald  S. W. Lew
                                                                                    United States District Court Judge,