DENNIS HALSEY, ESQ. SBN. 66091
Law Office of Dennis Halsey
9 Highland Circle
Chico, CA 95926
(530) 345-1976
Fax (530) 894-7783

Attorney for defendants
City of Gridley, Gridley
Police Department
and Brandon Wilson

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY ROSS BLAND AND FRANK JAMES WIGIERT | NO. 07:01786 LEW-CMK |
| Plaintiffs, | AMENDMENT TO ANSWER TO COMPLAINT |
| vs. | |
| CITY OF GRIDLEY., ET AL, Defendants. | |

Defendants the City of Gridley, the Gridley Police Department, and Brandon Wilson allege the following additional affirmative defense:

For an additional affirmative defense to the Complaint and to each claim in it, Defendants allege that the filing and the prosecution of criminal charges against Plaintiffs was done by a Deputy District Attorney from the Butte County District Attorney's Office who exercised independent prosecutorial judgment, and that his exercise of his independent prosecutorial judgment was an independent, superceding cause of the criminal prosecution and of all injury and damages resulting from that prosecution.

Amend to Answer

- 1 -

1
2
3  Date: December 18, 2007                              /s/ Dennis Halsey
4                                                      Dennis Halsey, Esq.
                                                       Attorney for Defendants the City
5                                                      Of Gridley, the Gridley Police
                                                       Department and Brandon Wilson
6
7
8
9
10 _____
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  Amend to Answer
                                        - 2 -