DENNIS HALSEY, ESQ. SBN. 66091
Law Office of Dennis Halsey
9 Highland Circle
Chico, CA 95926
(530) 345-1976
Fax (530) 894-7783

Attorney for defendants
City of Gridley, Gridley Police Department,
and Brandon Wilson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO

| | |
|---|---|
| ROY ROSS BLAND AND FRANK JAMES WIGIERT | CASE NO. 02:07-CV-01786 JAM-CMK |
| Plaintiffs, | NOTICE OF STIPULATION AND PROPOSED ORDER CONTINUING PRETRIAL CONFERENCE DATE |
| vs. | |
| CITY OF GRIDLEY., ET AL, Defendants. | |

In order to facilitate the scheduling of a mediation, the parties have agreed that the Pretrial Conference, presently set for March 6, 2009, may be continued to March 13, 2009, and they request that the court so order.

Date: February 23, 2009        /s/ Dennis Halsey
                               Dennis Halsey, Esq.
                               Attorney for City of Gridley, Gridley Police
                               Department, and Brandon Wilson

Stip Cont Prerial Conf.

- 1 -

Stip Cont Prerial Conf.

- 2 -