DENNIS HALSEY, ESQ. SBN. 66091
Law Office of Dennis Halsey
9 Highland Circle
Chico, CA 95926
(530) 345-1976
Fax (530) 894-7783

Attorney for defendants
City of Gridley, Gridley Police Department,
and Brandon Wilson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO

| | |
|---|---|
| ROY ROSS BLAND AND FRANK JAMES WIGIERT | CASE NO. 02:07-CV-01786 JAM-CMK |
| Plaintiffs, | |
| vs. | NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL |
| CITY OF GRIDLEY., ET AL, | |
| Defendants. | |

    The parties have agreed to a settlement of this action and that settlement has been approved by all necessary persons and entities. The terms and conditions of the settlement are embodied in a written settlement agreement, signed by all parties, or their representative. The settlement agreement provides that plaintiffs shall authorize their attorney to dismiss their action with prejudice. The settlement agreement also provides that it may be enforced by order of this court.

    Accordingly the parties request that this court order that this action be dismissed, with prejudice, the court retaining jurisdiction only for the enforcement of their agreement.

Notice of Settlement and Request for Dismissal.

- 1 -

| | |
|---|---|
| Date: April 2, 2009 | /s/ Dennis Halsey<br>Dennis Halsey, Esq.<br>Attorney for City of Gridley, Gridley Police Department, and Brandon Wilson |
| | |
| Date: April 2, 2009 | /s/ Michael Tressa, Esquire<br>Attorney for plaintiffs Roy Bland and Frank Wigiert |

Stip Cont Prerial Conf.

- 2 -